**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Anthony and Susan Navilio

Case No.: 18-15108  
Judge: MBK

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original   ☒ Modified/Notice Required   Date: 3/20/2019  
☐ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/DAS    Initial Debtor: /s/AN    Initial Co-Debtor: /s/SN

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ ____500____ per ____month____ to the Chapter 13 Trustee, starting on ____December 1, 2019____ for approximately ____36____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

    a.  Adequate protection payments will be made in the amount of $ _____n/a_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b.  Adequate protection payments will be made in the amount of $ __approx $8000__ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: __CaliberSantanderSunwestWellfargo__ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1500.00 |
| DOMESTIC SUPPORT OBLIGATION | N/a | |
| State of NJ | Income Taxes | $2,064.15 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☐ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Caliber | Residence | $3859.07 | as per contract | $3859.07 plus interest | $3220.69 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| De Lage Landen | office equiptment | 146,557.97 | $5000 | n/a | $5000 | as per contract | $5,000 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Citizens Bank | 2016 Chevrolet Corvette | $60,000 | $19,000 |
| Fifth Third Bank | 2007 BMW | $15,000 | $3,000 |
| N/A | Bowrider 2000 Mirada Boat | $2,000 | N/A |
| Deutsche Bank National Trust Co. | 1628 Breakers Dr., Manahawkin, NJ | $300,000 | Unknown |
| Wells Fargo Bank, NA | Furniture from Raymour and Flanigan | $1530.63 | $2616.34 |
| Wells Fargo Bank, NA | Furniture from Value City | $2582.97 | $582.57 |
| VW Credit | 2015 Leased Audi Vehicle | unknown | unknown |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Caliber Home Loans, Sun West Mortgage, Santander, Volkswagon Credit, Wells Fargo, Deutsche

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| N/A |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| De Lage Landen | office equipment | $146,557.97 | $5000 | $5000 | $141,557.97 |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Attorney Fees
3) Priority
4) Secured, Unsecured

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification  ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Add priority claim, cure default in residential mortgage, request valuation, surrender property, motion to reclassify | Modify Part 3a, Part 4a, Part 4d, Part 4e, Part 7c |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 3/20/2019                                            /s/Anthony Navilio
                                                           Debtor

Date: 3/20/2019                                            /s/Susan Navilio
                                                           Joint Debtor

Date: 3/20/2019                                            /s/David A. Semanchik
                                                           Attorney for Debtor(s)

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 18-15108-MBK
Anthony R. Navilio                                             Chapter 13
Susan Navilio
       Debtors              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 3                  Date Rcvd: Mar 21, 2019
                               Form ID: pdf901             Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db/jdb         +Anthony R. Navilio,   Susan Navilio,    193 Emerson Lane,    Barnegat, NJ 08005-2245
cr             +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +De Lage Landen Financial Services, Inc.,    Four Greentree Centre,    601 Rte. 73 North,
                 Suite 305,   Marlton, NJ  08053,    UNITED STATES 08053-3475
517389861      +BHG Bankers Healthcare Group,    Apex Cardmember Services,    PO Box 332509,
                 Murfreesboro, TN 37133-2509
517389860      +Barclays Bank Delaware,    100 S West St,   Wilmington, DE 19801-5015
517389862      +Bob’s Bay Marina,   459 E. Bay Ave.,    Barnegat, NJ 08005-2476
517922494       Capital One, N.A.,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517389865      +Cbusasears,   Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517956731      +Chrysler Capital,   P.O. BOX 961275,    FORT WORTH, TX 76161-0275
517389866      +Citizens Bank,   Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
517971704      +De Lage Landen Financial Services,    Att: Allison L Domowitch,    601 Route 73 N Ste 305,
                 Marlton, NJ 08053-3475
517968439       De Lage Landen Financial Services, Inc.,    c/o Allison L. Domowitch, Esquire,
                 Fleischer, Fleischer & Suglia,    4 Greentree Centre, 601 Rte. 73 N.,,    Ste. 305,
                 Marlton, NJ 08053
517389868      +De Lage Landen Financial Services, Inc.,    Fleischer, Fleischer & Suglia, PC,
                 601 Route 73 North, Suite 305,    Marlton, NJ 08053-3475
517389867       De Lage Landen Financial Services, Inc.,    Att: Kenneth Jones,    1111 Old Eagle School Rd.,
                 Wayne, PA 19087-1453
517968720      +Deutsche Bank National Trust Company, as Trustee,,    Select Portfolio Servicing Inc,
                 POB 65250,   Salt Lake City, UT 84165-0250
517880207     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: FORD MOTOR CREDIT COMPANY LLC,    DEPT. 55953,   PO BOX 55000,
                 DETROIT, MI.  48255-0953)
517917616      +Fifth Third Bank,   PO Box 9013,    Addison, Texas 75001-9013
517389871      +Forcastle Properties LLC,    1580 Lakewood Rd,    Unit 16A,   Toms River, NJ 08755-3287
517389873      +Forecastle Properties, LLC,    1580 Lakewood Rd,   Unit 16A,    Toms River, NJ 08755-3287
517389874      +Frd Motor Cr,   Po Box Box 542000,    Omaha, NE 68154-8000
517389875      +Keystone Dental, INC.,    154 Middlesex Turnpike,   Burlington, MA 01803-4403
517389878      +ML Factors,   456A Central Ave. # 129,    Cedarhurst, NY 11516-1927
517902250       Navient Solutions, LLC on behalf of,    Educational Credit Management Corporatio,   PO BOX 16408,
                 St. Paul, MN 55116-0408
517389880      +New Century Mortgage C,    18400 Von Karman Ave Ste,   Irvine, CA 92612-1514
517389881      +Oxford Health,   PO Box 29135,    Hot Springs, AR 71903-9135
517389884      +Quality Asset Recovery,    Po Box 239,   Gibbsboro, NJ 08026-0239
517389885       Rymr&flnign,   Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
517389886      +Santander Consumer USA,    5201 Rufe Snow Drive,   Suite 400,
                 North Richland Hills, TX 76180-6036
517389888      +State of NJ,   Division of Taxation,    PO Box 245,   Attn: Bankruptcy Unit,
                 Trenton, NJ 08602-0245
517389891      +Straumann USA LLC,    60-100 Minuteman Rd.,    Andover, MA 01810-1008
517879255      +TD Bank,   Att: Richard Tracy,    30 Montgomery St,   Suite 1205,    Jersey City, NJ 07302-3835
517877195      +TD Bank, N.A.,   Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
517889014      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,   PO Box 9013,    Addison, Texas 75001-9013
517389895      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
517967420      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
517948879       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
517389899      +Wells Fargo Dealer Services,    Attn: Bankruptcy,   Po Box 19657,    Irvine, CA 92623-9657
517969492      +Westgate Lakes Owners Assoc Inc,    2801 Old Winter Garden Rd,    Ocoee, FL 34761-2965
517389900       Wffnatbank,   Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
517389901      +Womans Health,   400 South 10th ST.,    Emmaus, PA 18098-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 21 2019 23:46:17      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 21 2019 23:46:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517389859      +E-mail/Text: bnc-capio@quantum3group.com Mar 21 2019 23:46:13      Assetcarellc/capiopart,
                 2222 Texoma Pkwy Ste 180,    Sherman, TX 75090-2484
517913238      +E-mail/Text: bankruptcy@pnfp.com Mar 21 2019 23:46:43
                 Bankers Healthcare Group c/o Pinnacle Bank,    150 3rd Ave South Ste 900,
                 Nashville, TN 37201-2034
517389863      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 21 2019 23:47:04      Caliber Home Loans, In,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
517962375      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 21 2019 23:47:05      Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City OK 73134-2500
517389864      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2019 23:48:13      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Mar 21, 2019
                              Form ID: pdf901          Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517864346      E-mail/Text: mrdiscen@discover.com Mar 21 2019 23:45:29    Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517389869     +E-mail/Text: mrdiscen@discover.com Mar 21 2019 23:45:29    Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
517389870     +E-mail/Text: collectionbankruptcies.bancorp@53.com Mar 21 2019 23:46:46    Fifth Third Bank,
                Attn: Bankruptcy Department,    1830 E Paris Ave Se,    Grand Rapids, MI 49546-8803
517389876     +E-mail/Text: bncnotices@becket-lee.com Mar 21 2019 23:45:33    Kohls/Capital One,
                Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517389877      E-mail/Text: legal@mckcap.com Mar 21 2019 23:45:25    McKenzie Capital, LLC,    3390 Mary ST.,
                Suite 305,    Miami, FL 33133
517389879     +E-mail/PDF: pa_dc_claims@navient.com Mar 21 2019 23:49:17    Navient,    Attn: Bankruptcy,
                Po Box 9500,    Wilkes-Barre, PA 18773-9500
517389883      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 23:49:12
                Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517966351      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2019 23:48:12
                Portfolio Recovery Associates, LLC,    C/O Dell Financial Services, LLC,    POB 41067,
                Norfolk VA 23541
517389882     +E-mail/Text: bankruptcy@pnfp.com Mar 21 2019 23:46:44    Pinnacle Bank,    114 W College St,
                Murfreesboro, TN 37130-3501
517866072      E-mail/Text: bnc-quantum@quantum3group.com Mar 21 2019 23:46:09
                Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
517933536     +E-mail/Text: bankruptcy@swmc.com Mar 21 2019 23:46:24    SUN WEST MORTGAGE COMPANY,
                6131 ORANGETHORPE AVENUE,    SUITE 500,    BUENA PARK, CA 90620-4903
517389892     +E-mail/Text: bankruptcy@swmc.com Mar 21 2019 23:46:24    Sun West Mortgage Co I,
                18303 Gridley Rd,    Cerritos, CA 90703-5400
517389893      E-mail/Text: bankruptcy@td.com Mar 21 2019 23:46:21    TD Bank,    32 Chestnut St.,
                Lewiston, ME 04240
517389894      E-mail/Text: bankruptcy@td.com Mar 21 2019 23:46:21    TD Bank, N.A.,    Attn: Bankruptcy,
                32 Chestnut St,    Lewiston, ME 04243
517389897     +E-mail/Text: vci.bkcy@vwcredit.com Mar 21 2019 23:46:26    Volkswagen Credit, Inc,    Po Box 3,
                Hillsboro, OR 97123-0003
                                                                                               TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517389872        Ford Motor Credit,    PO Box 542000,    NE 68151
517389887        State of New Jersey D,    Division of Taxation
cr*             +Forecastle Properties, LLC,    1580 Lakewood Road,    Unit 16A,    Toms River, NJ 08755-3287
517881016*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Co LLC,      POB 62180,
                Colorado Springs, CO 80962)
517389889*      +State of NJ,    Division of Taxation,    PO Box 245,    Attn: Bankruptcy Unit,
                Trenton, NJ 08602-0245
517389890*      +State of NJ,    Division of Taxation,    PO Box 245,    Attn: Bankruptcy Unit,
                Trenton, NJ 08602-0245
517389896*      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517389898*      +Volkswagen Credit, Inc,    Po Box 3,    Hillsboro, OR 97123-0003
                                                                                      TOTALS: 2, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin                Page 3 of 3                  Date Rcvd: Mar 21, 2019
                              Form ID: pdf901            Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:

        Albert Russo    docs@russotrustee.com
        Allison L Domowitch    on behalf of Creditor   De Lage Landen Financial Services, Inc. adomowitch@fleischerlaw.com
        Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
        David A. Semanchik    on behalf of Debtor Anthony R. Navilio info@semanchiklaw.com
        David A. Semanchik    on behalf of Joint Debtor Susan  Navilio info@semanchiklaw.com
        Denise E. Carlon    on behalf of Creditor   VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jill  Manzo    on behalf of Creditor    SUN WEST MORTGAGE COMPANY, INC. bankruptcy@feinsuch.com
        Kevin Gordon McDonald    on behalf of Creditor   VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Lori C. Greenberg    on behalf of Creditor   Forecastle Properties, LLC lorijdcpa@gmail.com, mtmaddenjd@gmail.com
        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
        Rebecca Ann Solarz    on behalf of Creditor    Fifth Third Bank rsolarz@kmllawgroup.com
        Sean M. O'Brien    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007- HE2 DMcDonough@flwlaw.com
        Sherri Jennifer Smith    on behalf of Creditor   CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Sindi  Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 15