NOTICE OF OBJECTION TO CONFIRMATION

CALIBER HOME LOANS, INC. has filed papers with the Court to object to the Confirmation of the Chapter 13 Modified Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Modified Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

1. File with the Court an answer, explaining your position at:

**Clerk
U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

ALBERT RUSSO, Trustee
CN 4853, SUITE 101
TRENTON, NJ 08650

2. Attend the hearing scheduled to be held on 06/25/2019 in the TRENTON Bankruptcy Court, at the following address:

**U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: April 30, 2019

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

**File No. 819019**
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard
Philadelphia, PA 19103
856-813-5500
FAX Number 856-813-5501
CALIBER HOME LOANS, INC.

| In Re:<br>ANTHONY R. NAVILIO<br>SUSAN NAVILIO<br><br><br>Debtors | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13<br><br>Case No. 18-15108 - MBK |
|---|---|

Hearing Date: 06/25/2019

The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, CALIBER HOME LOANS, INC., the holder of a Mortgage on Debtors' residence located at 7675 MARTINO CIRCLE, NAPLES, FL 34112-2870 hereby objects to the Confirmation of the Debtors' proposed Chapter 13 Modified Plan on the following grounds:

1. Secured Creditor is CALIBER HOME LOANS, INC..
2. Debtors, ANTHONY R. NAVILIO and SUSAN NAVILIO are the owners of the property located at 7675 MARTINO CIRCLE, NAPLES, FL 34112-2870.
3. On January 10, 2019, Secured Creditor a filed Proof of Claim listing pre-petition arrears in the amount of $3,859.07.
4. Debtors' Modified Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).
5. Debtors' Modified Plan proposes to cure arrears but also has the claim listed in section 4(f) as a secured claim unaffected by the Modified Plan.
6. Secured Creditor objects to Debtors' Modified Plan as it has inconsistent treatment of the claim. Debtors' Modified Plan needs to provide for on-going, post-petition regular monthly mortgage payments to Secured Creditor, as well as fully fund the arrears owed to Secured Creditor.

7.  Based on the foregoing, confirmation of Debtors' proposed Modified Plan should be denied.

WHEREFORE, CALIBER HOME LOANS, INC. respectfully requests that the Confirmation of Debtors' Modified Plan be denied.

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

Dated: April 30, 2019

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>819019<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for CALIBER HOME LOANS, INC. | |
| In Re:<br><br>Anthony R. Navilio<br>Susan Navilio | Case No: 18-15108 - MBK<br><br>Hearing Date: 06/25/2019<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

# CERTIFICATION OF SERVICE

1. I, Jason Seidman:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents CALIBER HOME LOANS, INC. in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On April 30, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Objection to Modified Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 30, 2019                    /s/ *Jason Seidman*
                                                          Jason Seidman

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Anthony R. Navilio<br>193 Emerson Lane<br>Barnegat, NJ 08005 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Susan Navilio<br>193 Emerson Lane<br>Barnegat, NJ 08005 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| David A. Semanchik, Esquire<br>1130 Hooper Ave<br>Toms River, NJ 08753 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>CN 4853<br>Suite 101<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail |

3

|  |  | ☐ Certified mail/RR |
|  |  | ☐ E-mail |
|  |  | ☒ Notice of Electronic Filing (NEF) |
|  |  | ☐ Other_____ |
|  |  | (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.