UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007- HE2
Aleisha C. Jennings 049302015

Order Filed on June 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Anthony R. Navilio,**

    **Debtor,**

**Susan Navilio,**

    **Joint Debtor.**

Case No.:    18-15108-MBK

Chapter:    13

Hearing Date:  May 28, 2019

Judge:    Michael B. Kaplan

Recommended Local Form:    ☒ Followed    ☐ Modified

**ORDER VACATING STAY and CO-DEBTOR STAY**

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: June 26, 2019**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

Case 18-15108-MBK    Doc 76    Filed 06/26/19    Entered 06/26/19 16:14:47    Desc Main
Document    Page 2 of 3

Page **2**
Debtors:      Anthony R. Navilio and Susan Navilio
Case No.:     18-15108-MBK
Caption of Order:   **Order Vacating Stay**

_____

_

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage Pass-Through Certificates, Series 2007- HE2, ("Secured Creditor") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property and Co-Debtor Stay pursuant to 11 U.S.C. §1301 as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the following:

☑ Real property more fully described as:

1628 Breakers Drive, Manahawkin, New Jersey 08050

It is further ORDERED that Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor stay under 11 U.S.C. 1301 is vacated.

18-15108-MBK
15-036859
Order Vacating Stay

Page **3**
Debtors:     Anthony R. Navilio and Susan Navilio
Case No.:    18-15108-MBK
Caption of Order:  **Order Vacating Stay**

_____

_

    Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.