| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>819019<br>**Phelan Hallinan Diamond & Jones, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Secured Creditor: Caliber Home Loans, Inc.** | Order Filed on July 29, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Anthony R. Navilio a/k/a Anthony Navilio<br>Susan Navilio | Case No: 18-15108 - MBK<br><br>Hearing Date: 06/25/2019<br><br>Judge: Michael B Kaplan |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 29, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**NJID 819019**
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
<u>Attorneys for Caliber Home Loans, Inc.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

| | |
|---|---|
| ANTHONY R. NAVILIO A/K/A ANTHONY NAVILIO SUSAN NAVILIO | CASE NO. 18-15108 - MBK |
| | CHAPTER 13 |
| Debtors | CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION |
| | HEARING DATE: 06/25/2019 |

    **This Consent Order pertains to the property located at 7675 MARTINO CIRCLE, NAPLES, FL 34112-2870, mortgage account ending with "3947";**

    **THIS MATTER** having been brought before the Court by, David A. Semanchik, Esquire attorney for debtors, Anthony R. Navilio and Susan Navilio upon the filing of a Chapter 13 Plan, Caliber Home Loans, Inc. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    **IT IS** on the _____ day of _____, 2019, ORDERED as follows:

    1.    Debtor required to make full ongoing post-petition mortgage payments to Secured Creditor pursuant to the note and mortgage.

    2.    Debtor acknowledge that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

3. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
CALIBER HOME LOANS, INC.

/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com

Dated:  July 8, 2019

/s/ David A. Semanchik             Dated: July 18, 2019
David A. Semanchik, Esquire
Attorney for debtors