Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−15108−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony R. Navilio
193 Emerson Lane
Barnegat, NJ 08005

Susan Navilio
193 Emerson Lane
193 Emerson Lane
Barnegat, NJ 08005

Social Security No.:
   xxx−xx−1961                                                   xxx−xx−7638

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   was entered on .

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 22, 2019
JAN: bwj

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                    Case No. 18-15108-MBK
Anthony R. Navilio                                        Chapter 13
Susan Navilio
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                  Date Rcvd: Aug 22, 2019
                              Form ID: 148                Total Noticed: 63


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db/jdb         +Anthony R. Navilio,    Susan Navilio,    193 Emerson Lane,    Barnegat, NJ 08005-2245
cr             +CALIBER HOME LOANS, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +De Lage Landen Financial Services, Inc.,    Four Greentree Centre,    601 Rte. 73 North,
                 Suite 305,   Marlton, NJ 08053,    UNITED STATES 08053-3475
517389861      +BHG Bankers Healthcare Group,    Apex Cardmember Services,    PO Box 332509,
                 Murfreesboro, TN 37133-2509
517389862      +Bob’s Bay Marina,    459 E. Bay Ave.,   Barnegat, NJ 08005-2476
517389865      +Cbusasears,   Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517389866      +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02915-3035
517971704      +De Lage Landen Financial Services,    Att: Allison L Domowitch,    601 Route 73 N Ste 305,
                 Marlton, NJ 08053-3475
517389868      +De Lage Landen Financial Services, Inc.,    Fleischer, Fleischer & Suglia, PC,
                 601 Route 73 North, Suite 305,    Marlton, NJ 08053-3475
517968439       De Lage Landen Financial Services, Inc.,    c/o Allison L. Domowitch, Esquire,
                 Fleischer, Fleischer & Suglia,    4 Greentree Centre, 601 Rte. 73 N.,,   Ste. 305,
                 Marlton, NJ 08053
517968720      +Deutsche Bank National Trust Company, as Trustee,,    Select Portfolio Servicing Inc,
                 POB 65250,   Salt Lake City, UT 84165-0250
517917616      +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
517389871      +Forcastle Properties LLC,    1580 Lakewood Rd,    Unit 16A,   Toms River, NJ 08755-3287
517389873      +Forecastle Properties, LLC,    1580 Lakewood Rd,    Unit 16A,   Toms River, NJ 08755-3287
517389875      +Keystone Dental, INC.,    154 Middlesex Turnpike,   Burlington, MA 01803-4469
517389878      +ML Factors,   456A Central Ave. # 129,    Cedarhurst, NY 11516-1927
517902250       Navient Solutions, LLC on behalf of,    Educational Credit Management Corporatio,    PO BOX 16408,
                 St. Paul, MN 55116-0408
517389880      +New Century Mortgage C,    18400 Von Karman Ave Ste,   Irvine, CA 92612-1514
517389881      +Oxford Health,    PO Box 29135,    Hot Springs, AR 71903-9135
517389884      +Quality Asset Recovery,    Po Box 239,   Gibbsboro, NJ 08026-0239
517389888      +State of NJ,   Division of Taxation,    PO Box 245,    Attn: Bankruptcy Unit,
                 Trenton, NJ 08602-0245
517389891      +Straumann USA LLC,    60-100 Minuteman Rd.,    Andover, MA 01810-1008
517879255      +TD Bank,   Att: Richard Tracy,    30 Montgomery St,   Suite 1205,    Jersey City, NJ 07302-3835
517877195      +TD Bank, N.A.,    Payment Processing, PO Box 16029,    Lewiston, ME 04243-9507
517889014      +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,   PO Box 9013,    Addison, Texas 75001-9013
517389895      +Visa Dept Store National Bank/Macy’s,    Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
517967420      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh, NC 27605-1000
517969492      +Westgate Lakes Owners Assoc Inc,    2801 Old Winter Garden Rd,    Ocoee, FL 34761-2965
517389901      +Womans Health,    400 South 10th ST.,   Emmaus, PA 18098-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 23 2019 00:24:14     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 23 2019 00:24:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517389859      +EDI: CAPIO.COM Aug 23 2019 07:18:00     Assetcarellc/capiopart,    2222 Texoma Pkwy Ste 180,
                 Sherman, TX 75090-2484
517913238      +E-mail/Text: bankruptcy@pnfp.com Aug 23 2019 00:24:37
                 Bankers Healthcare Group c/o Pinnacle Bank,    150 3rd Ave South Ste 900,
                 Nashville, TN 37201-2011
517389860      +EDI: TSYS2.COM Aug 23 2019 07:14:00     Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
517389863      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 23 2019 00:24:58     Caliber Home Loans, In,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
517962375      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 23 2019 00:24:58     Caliber Home Loans, Inc.,
                 13801 Wireless Way,    Oklahoma City OK 73134-2500
517389864      +EDI: CAPITALONE.COM Aug 23 2019 07:17:00     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517922494       EDI: BL-BECKET.COM Aug 23 2019 07:18:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517956731      +EDI: CHRM.COM Aug 23 2019 07:18:00     Chrysler Capital,    P.O. BOX 961275,
                 FORT WORTH, TX 76161-0275
517389867       E-mail/Text: litigation.recoverybkmailbox@dllgroup.com Aug 23 2019 00:23:33
                 De Lage Landen Financial Services, Inc.,    Att: Kenneth Jones,    1111 Old Eagle School Rd.,
                 Wayne, PA 19087-1453
517864346       EDI: DISCOVER.COM Aug 23 2019 07:15:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517389869      +EDI: DISCOVER.COM Aug 23 2019 07:15:00     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517880207       EDI: FORD.COM Aug 23 2019 07:14:00     FORD MOTOR CREDIT COMPANY LLC,    DEPT. 55953,
                 PO BOX 55000,    DETROIT, MI. 48255-0953
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Aug 22, 2019
                              Form ID: 148             Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517881016       EDI: FORD.COM Aug 23 2019 07:14:00      Ford Motor Credit Co LLC,    POB 62180,
                 Colorado Springs, CO  80962
517389870      +E-mail/Text: collectionbankruptcies.bancorp@53.com Aug 23 2019 00:24:38     Fifth Third Bank,
                 Attn: Bankruptcy Department,    1830 E Paris Ave Se,    Grand Rapids, MI 49546-8803
517389874      +EDI: FORD.COM Aug 23 2019 07:14:00      Frd Motor Cr,    Po Box Box 542000,
                 Omaha, NE 68154-8000
517389876      +E-mail/Text: bncnotices@becket-lee.com Aug 23 2019 00:23:40      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517389877       E-mail/Text: legal@mckcap.com Aug 23 2019 00:23:32     McKenzie Capital, LLC,    3390 Mary ST.,
                 Suite 305,    Miami, FL 33133
517389879      +EDI: NAVIENTFKASMSERV.COM Aug 23 2019 07:13:00      Navient,   Attn: Bankruptcy,    Po Box 9500,
                 Wilkes-Barre, PA 18773-9500
517389883       EDI: PRA.COM Aug 23 2019 07:14:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517966351       EDI: PRA.COM Aug 23 2019 07:14:00      Portfolio Recovery Associates, LLC,
                 C/O Dell Financial Services, LLC,    POB 41067,    Norfolk VA 23541
517389882      +E-mail/Text: bankruptcy@pnfp.com Aug 23 2019 00:24:37      Pinnacle Bank,    114 W College St,
                 Murfreesboro, TN 37130-3501
517866072       EDI: Q3G.COM Aug 23 2019 07:08:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517389885       EDI: WFFC.COM Aug 23 2019 07:15:00      Rymr&flnign,    Cscl Dispute Team N8235-04m,
                 Des Moines, IA 50306
517933536      +E-mail/Text: bankruptcy@swmc.com Aug 23 2019 00:24:18      SUN WEST MORTGAGE COMPANY,
                 6131 ORANGETHORPE AVENUE,    SUITE 500,    BUENA PARK, CA 90620-4903
517389886      +EDI: DRIV.COM Aug 23 2019 07:13:00      Santander Consumer USA,    5201 Rufe Snow Drive,
                 Suite 400,    North Richland Hills, TX 76180-6036
517389892      +E-mail/Text: bankruptcy@swmc.com Aug 23 2019 00:24:18      Sun West Mortgage Co I,
                 18303 Gridley Rd,    Cerritos, CA 90703-5400
517389893       EDI: TDBANKNORTH.COM Aug 23 2019 07:17:00      TD Bank,    32 Chestnut St.,    Lewiston, ME 04240
517389894       EDI: TDBANKNORTH.COM Aug 23 2019 07:17:00      TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04243
517389897      +E-mail/Text: vci.bkcy@vwcredit.com Aug 23 2019 00:24:19      Volkswagen Credit, Inc,    Po Box 3,
                 Hillsboro, OR 97123-0003
517948879       EDI: WFFC.COM Aug 23 2019 07:15:00      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438
517389899      +EDI: WFFC.COM Aug 23 2019 07:15:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
517389900       EDI: WFFC.COM Aug 23 2019 07:15:00      Wffnatbank,    Cscl Dispute Team N8235-04m,
                 Des Moines, IA 50306
                                                                                              TOTAL: 34

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517389872        Ford Motor Credit,    PO Box 542000,    NE 68151
517389887        State of New Jersey D,    Division of Taxation
cr*             +Forecastle Properties, LLC,    1580 Lakewood Road,    Unit 16A,    Toms River, NJ 08755-3287
517389889*      +State of NJ,    Division of Taxation,    PO Box 245,    Attn: Bankruptcy Unit,
                  Trenton, NJ 08602-0245
517389890*      +State of NJ,    Division of Taxation,    PO Box 245,    Attn: Bankruptcy Unit,
                  Trenton, NJ 08602-0245
517389896*      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517389898*      +Volkswagen Credit, Inc,    Po Box 3,    Hillsboro, OR 97123-0003
                                                                                             TOTALS: 2, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin                Page 3 of 3            Date Rcvd: Aug 22, 2019
                              Form ID: 148               Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:

              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE2,
               Mortgage Pass-Through Certificates, Series 2007- HE2 ajennings@rasflaw.com
              Allison L Domowitch     on behalf of Creditor    De Lage Landen Financial Services, Inc.
               adomowitch@fleischerlaw.com
              Andrew L. Spivack    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              David A. Semanchik    on behalf of Debtor Anthony R. Navilio info@semanchiklaw.com
              David A. Semanchik    on behalf of Joint Debtor Susan  Navilio info@semanchiklaw.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas J. McDonough     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
               in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE2,
               Mortgage Pass-Through Certificates, Series 2007- HE2 DMcDonough@flwlaw.com
              Jill  Manzo    on behalf of Creditor    SUN WEST MORTGAGE COMPANY, INC. bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lori C. Greenberg    on behalf of Creditor    Forecastle Properties, LLC lorijdcpa@gmail.com,
               mtmaddenjd@gmail.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Nicholas V. Rogers    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com
              R. A. Lebron    on behalf of Creditor    SUN WEST MORTGAGE COMPANY, INC bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    Fifth Third Bank rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2007-HE2, Mortgage
               Pass-Through Certificates, Series 2007- HE2 DMcDonough@flwlaw.com
              Sherri Jennifer Smith    on behalf of Creditor    CALIBER HOME LOANS, INC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Sindi  Mncina    on behalf of Creditor    CALIBER HOME LOANS, INC. smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 19